IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAROLD L. DORTCH, #298361, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-321-WKW |
| ) | [WO] |
| SIMONE A. PARKER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On May 1, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 50.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff's action is DISMISSED without prejudice for lack of subject matter jurisdiction.

Final judgment will be entered separately.

DONE this 26th day of May, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE